**FILED**

07/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0131

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0131

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JOHNATHAN JAMES,

      Defendant and Appellant.

### GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 22, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 25 2022